IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>GREENBELT DIVISION</u>

| | | |
|---|---|---|
| **In re:** | \* | |
| **Stephanie Ann Olszewski** | \* | Case No. 23−14071 LSS |
| | \* | (Chapter 7) |
| **Debtor** | \* | |
| **Carmen Zelaya** | \* | Adv. Proc. No. <u>23-00230</u> |
| and | \* | |
| **Cindy Lopez** | | |
| **v.** | \* | |
| **Stephanie Ann Olszewski**  Defendant | \* | |

<u>**AFFIDAVIT OF COUNSEL**</u>

I, Kathlynne Ramirez, counsel for Plaintiffs Zelaya and Lopez, state under penalty of perjury that I filed paper copies as opposed to e-filing the Complaint Asserting Non-Dischargeability of Certain Debts on September 18, 2023, because our NextGen CM/ECF e-filing registration was still pending at the time. The deadline to file the Complaint was due that day. Coincidentally, when we filed the paper copy in-person, the court staff approved our e-filing registration. Future filings will be done electronically.

_____
Kathlynne Ramirez, Esq.
Federal Bar No. 28792
*Counsel to Wage Payment Employee Creditors*

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **In re:** | * | |
| **Stephanie Ann Olszewski** | * | Case No. 23−14071 LSS |
| | * | (Chapter 7) |
| **Debtor** | * | |
| | | |
| **Carmen Zelaya** | * | Adv. Proc. No. **23-00230** |
| **and** | * | |
| **Cindy Lopez** | | |
| **v.** | * | |
| **Stephanie Ann Olszewski**  Defendant | * | |

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of September, 2023, I served a copy of the Affidavit of Counsel through CM/ECF to:

    William A Grafton
    Grafton Firm, LLC
    *Attorney for Defendant/Debtor*

    Cheryl E. Rose
    *Trustee*

    _____
    Kathlynne Ramirez, Esq.
    Federal Bar No. 28792
    *Counsel to Wage Payment Employee Creditors*

2